IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| William Lee Jones, #207034, | ) | C/A No.: 1:14-3018-JFA |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner, an inmate housed at United States Penitentiary ("USP") Atwater in Atwater, California, proceeding *pro se*, brought this action seeking habeas corpus relief under 28 U.S.C. § 2254. On August 11, 2014, the Court ordered Petitioner to pay the five dollar ($5) filing fee for a habeas corpus action, or to complete and return the Form AO 240 (application to proceed *in forma pauperis*) that was attached to the order. [ECF No. 5]. Petitioner was warned that failure to provide the necessary information within a specific time period would subject the case to dismissal. *Id.* Petitioner sent letters to the court on August 15, 2014, checking on the status of his lawsuit, and on September 15, 2014, explaining that he was not suing the warden at USP Atwater. [ECF Nos. 7, 12]. Petitioner did not pay the $5 filing fee or complete the Form AO 240. On September 15, 2014, the Court sent a second order asking Petitioner to pay the five dollar ($5) filing fee for a habeas corpus action, or to complete and return the attached Form AO 240. [ECF No. 10]. Petitioner was warned that failure to provide the necessary information within a specific time period would subject the case to dismissal. *Id.* The time for a response expired on October 9, 2014, and Petitioner did not pay the filing fee or complete the From

AO 240. As Petitioner has failed to prosecute this case and has failed to comply with an order of this Court, the case is **dismissed** *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

    IT IS SO ORDERED.

November 3, 2014                         Joseph F. Anderson, Jr.
Columbia, South Carolina            United States District Judge