AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| William Lee Jones, | ) |
|---|---|
| *Petitioner* | ) |
| v. | ) Civil Action No.    1:14-cv-03018-JFA-SVH |
| Warden, | ) |
| *Respondent* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, William Lee Jones, shall take nothing of the respondent, Warden, as to the petition filed pursuant to 28 U.S.C. § 2254 and this action is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., United States District Judge, presiding, dismissing the action without prejudice.

Date:  November 3, 2014                         *ROBIN L. BLUME, CLERK OF COURT*

                                                                    s/A. Buckingham
                                                            *Signature of Clerk or Deputy Clerk*